Court, Appellate Division, Second Department. October 8, 1915.) Action by Grace Knowles, as administratrix, etc., of Charles E. Knowles, deceased, against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Order denying motion to open default reversed, with $10 costs and disbursements, and defendant's motion to open its default granted, upon the following terms: Upon condition that within 10 days from the entry of this order the defendant pay to plaintiff's attorney the sum of $500, and also give a stipulation to the effect that it consents that any future judgment which plaintiff may recover in this action shall carry interest at the rate of 6 per cent. per annum, computed from the 8th day of July, 1915, then said default shall be opened, and the judgment entered July 8, 1915, shall be thereupon vacated and set aside; otherwise, the motion to open default is denied. See, also, 164 App. Div. 711, 150 N. Y. Supp. 99.

KOFFLER v. FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Bertha Koffler against the Fidelity & Deposit Company of Maryland. No opinion. Application denied, with $10 costs. Order signed.

KOHN, Respondent, v. SULZBERGER & SONS CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Samuel Kohn against the Sulzberger & Sons Company. H. L. Moses, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

KOLLARCIK, Respondent, v. SALTS TEXTILE MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Appeal from Trial Term, New York County. Action by John Kollarcik against the Salts Textile Manufacturing Company. From a judgment entered on a verdict, and from an order denying a motion for a new trial, defendant appeals. Judgment and order reversed, and complaint dismissed. E. C. Sherwood, of New York City, for appellant. Roger Foster, of New York City, for respondent.

PER CURIAM. We think the evidence fails to show any negligence on the part of the defendant, and the complaint should have been dismissed. The judgment and order appealed from reversed, the finding that the defendant was guilty of negligence reversed, and the complaint dismissed, with costs. Order filed.

KOZLOWSKI, Respondent, v. ST. HEDWIG'S ROMAN CATHOLIC CHURCH OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Anthony Kozlowski against St. Hedwig's Roman Catholic Church of Dunkirk, N. Y. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant file and serve printed papers within 20 days.

KRATKA, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Paul Kratka against the Boston & Maine Railroad.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 163 App. Div. 928, 148 N. Y. Supp. 1125.

KELLOGG, P. J., dissents.

KRAUSEN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Ella Krausen against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

KRAUSS, Appellant, v. FRANCIS DRAZ & CO., Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Otto Krauss against Francis Draz & Co. J. B. Doyle, of New York City, for appellant. H. Anderson, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1118.

KRAUSS v. FRANCIS DRAZ & CO. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Otto Krauss against Francis Draz & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1118.

KROTOSKY v. KROTOSKY. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Grace Krotosky against Philip Krotosky. No opinion. Motion denied. Order filed. See, also, 155 N. Y. Supp. 625.

KRULIK, Respondent, v. RICE et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Joseph Krulik, an infant, etc., against Albert J. Rice and another. No opinion. Judgment and order affirmed, with costs.

KRUS, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by John A. Krus, Jr., against the New York Telephone Company. Alex. Cameron, of New York City, for appellant. C. Bertram Plante, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KUECHLE, Respondent, v. SLOANE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Edward J. Kuechle against J. Parker Sloane and another. L. Lowenstein, of New York City, for appellants. Raphael Link, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.